IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| BRIAN MILLER, | * |
| | *     Case No. 8:11-cv-02945-DKC |
| Plaintiff | * |
| | * |
| v. | * |
| | * |
| CENTRAL PORTFOLIO CONTROL, INC. | * |
| MARK ROMINE | * |
| JOHN DOE | * |
| JANE DOE | * |
| | * |
| Defendants | * |

**AMENDED STIPULATION OF DISMISSAL**

COME NOW BRIAN MILLER (the "Plaintiff"), and CENTRAL PORFTOLIO CONTROL, INC., MARK ROMINE, JOHN DOE, and JANE DOE (the "Defendants") and stipulate to the dismissal of this civil action with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

**SO STIPULATED:**

**/s/ Robinson S. Rowe**
Robinson S. Rowe, Bar No. 27752
5906 Hubbard Drive
Rockville, MD 20852
TEL: 301-770-4710 / FAX: 301-770-4711
Attorney for Plaintiff

**/s/ Birgit D. Stuart** *(signed by Robinson S. Rowe with permission of Birgit D. Stuart)*
Birgit Dachtera Stuart, Bar No. 17420
11300 Rockville Pike, Suite 1200
Rockville, MD 20852
TEL:  301-770-7490 / FAX:  301-770-7493
Attorney for Defendants

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 24th day of February, 2012, a copy of the foregoing Amended Stipulation of Dismissal was served via the Court's electronic filing system on all interested parties.

                                                          **/s/ Robinson S. Rowe**